UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER R. VARGAS,

    Plaintiff,

                                                            Case No. 1:18-cv-378

v.

                                                            HONORABLE PAUL L. MALONEY

VELO ASSOCIATES, PLC, et al.,

    Defendants.
_____/

## **ORDER FOR JOINT STATUS REPORT**

The parties are directed to file a joint report detailing the status of this litigation by **February 26, 2021**.

    **IT IS SO ORDERED**.


Dated:  February 12, 2021                                            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge