UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER R. VARGAS,

    Plaintiff,

v.

    Case No. 1:18-cv-378

    HONORABLE PAUL L. MALONEY

VELO ASSOCIATES, PLC, et al.,

    Defendants.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 20) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **March 26, 2021**. All other deadlines are adjourned pending the filing of closing documents.

Dated: March 5, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge